UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20953-CR-SEITZ

UNITED STATES OF AMERICA,

v.

ROBERT NICOL,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Joel DeFabio, Esq. for fees and expenses be reduced from $13,435.11 to a total of $13,317.39. The Court has reviewed Judge Palermo's R&R. No objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Mr. DeFabio shall be paid **$13,317.39** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 16th day of September, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Joel DeFabio, Esq.
Lucy Lara, CJA Administrator